| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| CODY RAY DENT, | § |
| Plaintiff, | § |
| versus | § CIVIL ACTION NO. 1:19-CV-355 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § |
| Defendant. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Plaintiff requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to Plaintiff's application for disability-based benefits. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge were filed by the parties.

The court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is ADOPTED. A Final Judgment will be entered separately.

SIGNED at Beaumont, Texas, this 24th day of November, 2020.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE